UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BISSON, et al., | CASE NO. C12-0995JLR |
| Plaintiffs, | ORDER DISMISSING COMPLAINT |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

In its January 15, 2013, order, this court dismissed some of Plaintiffs' claims with prejudice and some of Plaintiffs' claims without prejudice. (*See* 1/15/13 Order (Dkt. # 34).) The court cautioned Plaintiffs that they must file an amended complaint within 20 days of the date of the order or the remaining claims would be dismissed with prejudice. (*See, e.g.*, *id.* at 12, 15 ("The court grants Plaintiffs leave to amend this claim within 20 days of this order, otherwise it will be dismissed with prejudice.")) The court later granted a 15-day extension, extending the deadline for Plaintiffs to file an amended complaint to February 19, 2013. (*See* 2/4/13 Order (Dkt. # 36).) Plaintiffs have failed to

ORDER- 1

1 | file an amended complaint before this deadline.  Accordingly, the court DISMISSES this
2 | action WITH PREJUDICE.

3       Dated this 28th day of October, 2013.

                                                                  JAMES L. ROBART
                                                                  United States District Judge

ORDER- 2